MARY SCHWEITZER, as Administratrix, etc., Respondent, *v.* ERNST SANDER et al., Appellants.

(Submitted May 6, 1884; decided June 3, 1884.)

*Thos. Corlett* for appellants.

*J. M. Humphrey* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

GEORGE RIEGERD, Respondent, *v.* THE CITY OF ELMIRA, Appellant.

(Argued May 7, 1884; decided June 3, 1884.)

*E. C. Van Duzer* for appellant.

*Jacob Schwartz* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.